**Paul S. CAMPBELL, Appellant, v. Paul E. KAISER, Warden, Missouri State Penitentiary.**

No. 12389.

Circuit Court of Appeals, Eighth Circuit.

July 27, 1942.

Paul S. Campbell, pro se.

Roy McKittrick, Atty. Gen., of Missouri, and Ernest Hubbell, Asst. Atty. Gen., of Missouri, for appellee.

PER CURIAM.

Motion of appellee to dismiss appeal sustained and appeal from United States District Court dismissed.

---

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. SOUTHWEST CONSOLIDATED CORPORATION, Respondent.**

No. 9524.

Circuit Court of Appeals, Fifth Circuit.

Aug. 6, 1942.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, J. Louis Monarch, and Maurice J. Mahoney, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Fred Simon, of Shreveport, La., and A. Chauncey Newlin, of New York City, for respondent.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

On the authority of Guy T. Helvering, Commissioner of Internal Revenue, v. Southwest Consolidated Corporation, 315 U.S. 194, 62 S.Ct. 546, 86 L.Ed. ——, decided February 2, 1942, our former decision reported in 5 Cir., 119 F.2d 561, is set aside and the judgment of the United States Board of Tax Appeals is reversed and the cause remanded for further proceedings.

---

**Ann T. ENNIS, Appellant, v. Thomas E. BRIDGER, Defendant and Third Party Plaintiff, and William Smith, Third Party Defendant.**

No. 7992.

Circuit Court of Appeals, Third Circuit.

Argued July 17, 1942.

Decided July 22, 1942.

George H. Detweiler, of Philadelphia, Pa. (Walter L. Hill, Jr., of Scranton, Pa., and Henry J. Ginnane, of Newark, N. J., on the brief), for appellant.

Eugene Nogi, of Scranton, Pa. (Nogi, Harris & Nogi, of Scranton, Pa., on the brief), for respondents.

Before MARIS, and JONES, Circuit Judges, and LEAHY, District Judge.

PER CURIAM.

The judgment of the district court is affirmed for the reasons set forth in the opinion filed by Judge Watson November 14, 1941, 41 F.Supp. 672, dismissing the action.